# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2295

Imelda Esquivel Ramos and B.F.R.E.

Petitioners

v.

Merrick B. Garland, Attorney General of the United States

Respondent

---

Petitions for Review of an Order of the Board of Immigration Appeals
(A209-438-851)
(A209-438-852)

---

**REVISED ORDER**

Petitioners' motion for an extension of time to file the brief is granted. Petitioners may have until October 25, 2023 to file the brief. No further extensions will be granted.

September 26, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans